HOBOKEN LOCAL NO. 2, ETC., APPELLANT, v. CITY OF HOBOKEN, RESPONDENT.

Argued May 22, 1946—Decided September 12, 1946.

For the appellant, *Rothbard, Harris & Oxfeld.*

For the respondent, *John J. Fallon.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered in the Supreme Court by Circuit Court Judge Ackerson sitting as Supreme Court Commissioner.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, OLIPHANT, WACHENFELD, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 14.

*For reversal*—None.